CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 21 2005

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>KIRKWOOD D. CABINESS,<br><br>*Defendant.* | CRIMINAL CASE NO. 4:02-CR-70031<br><br>ORDER AND OPINION<br><br>JUDGE NORMAN K. MOON |

This matter is currently before the Court on the Defendant's Motion of September 19, 2005. Defendant moves the court to allow him to proceed without cost in his appeal of the Court's denial of his Motion to Compel a Rule 35(b) Motion. For the reasons listed in the Court's Order of September 16, 2005, the Court GRANTS his motion to proceed in forma pauperis.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
Judge

9/21/05
Date